# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-2938

———————————————

JOHN R. CLIFTON,

Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

Respondent.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.

August 30, 2019

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

LEWIS, B.L. THOMAS, and ROBERTS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

John R. Clifton, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Eric Salvatore Giunta, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.